AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Jose Jorge Abbud Gordinho, M.D.<br><br>*Defendant(s)* | Case No.<br>5:15-mj-00172<br>176 |

FILED
NOV 10 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 2015-September 2015** in the county of **Raleigh** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | distribution of controlled substances including, but not limited to oxycodone, hydrocodone, and hydromorphone, Schedule II controlled substances, not for legitimate medical purposes in the usual course of his professional medical practice and were beyond the bounds of medical practice. |

This criminal complaint is based on these facts:

A CI (a medical doctor) and former co-worker of Jose Jorge Abbud Gordinho, M.D., advised law enforcement that Dr. Gordinho was routinely distributing controlled substances not for legitimate medical purposes in the usual course of his professional medical practice and beyond the bounds of medical practice by failing to enforce a pain management contract and distributing controlled substances after multiple failed urine screens.

☐ Continued on the attached sheet.

*Complainant's signature*

Agent Jennifer L. King
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/10/2015

*Judge's signature*

City and state: Beckley, West Virginia

R. Clarke VanDervort, U.S. Magistrate Judge
*Printed name and title*