UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2015
NOVEMBER 24, 2015 SESSION



FILED
NOV 2 4 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:15-00237
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846

JOSE JORGE ABBUD GORDINHO, M.D.

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

On or about August 1, 2011, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant JOSE JORGE ABBUD GORDINHO knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about August 15, 2011, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant JOSE JORGE ABBUD GORDINHO knowingly and intentionally distributed a quantity of oxymorphone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

Between early February, 2015, and early October, 2015, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant JOSE JORGE ABBUD GORDINHO, M.D. and a person known to the grand jury knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute quantities of oxycodone, oxymorphone, hydrocodone, and morphine, Schedule II controlled substances, not for legitimate medical purposes in the usual course of medical practice and beyond the bounds of medical practice.

In violation of Title 21, United States Code, Section 846.

## COUNTS FOUR THROUGH TWENTY-ONE

At all relevant times including on or about the dates identified in the chart below, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant JOSE JORGE ABBUD GORDINHO, M.D. knowingly and intentionally distributed Schedule II controlled substances as identified in the chart below not for legitimate medical purposes in the usual course of professional medical practice and beyond the bounds of medical practice, as follows:

| COUNT | PATIENT | DATE | CONTROLLED SUBSTANCE | RX # |
|---|---|---|---|---|
| 4 | 1 | 10/02/2015 | hydrocodone | 2230365 |
| 5 | 2 | 04/15/2015 | hydrocodone | 6217443 |
| 6 | 4 | 09/08/2015 | hydrocodone | 0612439 |
| 7 | 6 | 08/11/2015 | hydrocodone | 2006043 |
| 8 | 8 | 07/05/2015 | oxycodone | 2205693 |
| 9 | 15 | 06/23/2015 | hydrocodone | 02019247 |
| 10 | 16 | 07/29/2015 | hydrocodone | 297965 |
| 11 | 21 | 09/09/2015 | oxycodone | 24659 |
| 12 | 23 | 09/22/2015 | oxycodone | 6239801 |
| 13 | 26 | 06/29/2015 | oxymorphone | 203493 |
| 14 | 27 | 09/28/2015 | hydrocodone | 65080 |

| 15 | 35 | 05/12/2015 | oxycodone | 1534836 |
| 16 | 36 | 08/17/2015 | hydrocodone | 7048485 |
| 17 | 42 | 06/23/2015 | morphine | 208355 |
| 18 | 44 | 07/08/2015 | morphine | 6233593 |
| 19 | 48 | 06/24/2015 | oxycodone | 0787712 |
| 20 | 50 | 09/23/2015 | oxycodone | 25639 |
| 21 | 52 | 06/02/2015 | oxycodone | 283032 |

In violation of Title 21, United States Code, Section 841(a)(1).

R. BOOTH GOODWIN II
United States Attorney

By: _____
MILLER BUSHONG
Assistant United States Attorney

5